LAW OFFICES OF
# LAWRENCE KATZ
445 CENTRAL AVENUE
SUITE 201
CEDARHURST, NEW YORK 1I516

| TELEPHONE | lkatz@lawkatz.com | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 706-2404 |

April 1, 2011

Honorable Allyne R. Ross
United States District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201-1818

  Re:   <u>Stone v Nations Recovery Center, Inc. et al</u>, <u>1:10-cv-00836-ARR -VVP</u>

Dear Judge Ross:

Plaintiff is writing to inform the court that this matter has been settled.  A formal discontinuance will be filed shortly.


Sincerely,
<u>s/Lawrence Katz</u>
Lawrence Katz